# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152165-6(45)

In re JEZOWSKI, Minors.

SC: 152165-6
COA: 325112; 325116
Arenac CC Family Division:
12-012047-NA

_____/

On order of the Court, the motion for reconsideration of this Court's September 11, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2015



d1020

Clerk